UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-23990-CIV-MORENO

ODALYS DE LA CARIDAD,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATIONS

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Summary Judgment, filed on **May 10, 2022**, and Defendant's Motion for Summary Judgment, filed on **July 11, 2022**. The Magistrate Judge filed a Report and Recommendation **(D.E. 21)** on **February 9, 2023**. The Court has reviewed the entire file and record. No objections to the Report and Recommendations were filed. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Summary Judgment is DENIED. Defendant's Motion for Summary Judgment is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___3rd___ of March 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Jonathan Goodman

Counsel of Record